UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**FILED**
September 13, 2005
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

**JUDGMENT IN A CIVIL CASE**

JAMES SANFORD,

    Plaintiff.

v.

7-11, INC., dba 7-ELEVEN #16350, et. al.,

    Defendants.

CASE NUMBER: CIV S-05-1250 MCE DAD

IT IS ORDERED AND ADJUDGED:

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH PLAINTIFF'S ACCEPTANCE OF DEFENDANT 7-ELEVEN, INC.'S OFFER OF JUDGMENT FILED WITH THE COURT ON SEPTEMBER 2, 2005.**

Jack L. Wagner,
Clerk of the Court

ENTERED:   September 13, 2005

by:_/s/ M. Krueger_____
    M. Krueger, Deputy Clerk